JOHN SCHMIDT, Respondent, *v.* LEONHARDT MICHEL BREWING COMPANY, Appellant.

(Submitted October 1, 1917; decided October 9, 1917.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 221 N. Y. 228.)

---

ISAAC E. CHAPMAN et al., Appellants, *v.* L. E. WATERMAN COMPANY, Respondent.

*Chapman* v. *Waterman Co.*, 176 App. Div. 697, appeal dismissed. (Argued October 1, 1917; decided October 9, 1917.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 13, 1917, reversing a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the judgment appealed from was interlocutory and did not finally determine the action.

*Walter B. Raymond* for motion.

*Richard L. Phillips* and *Frank Harvey Field* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.